**FILED**

OCT 1 9 2005

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 05-CV-62-JHP-FHM ) |
| JEFFREY A. BRADLEY and ROBERT L. MARTIN, | ) ) ) |
| Defendants. | ) ) |

**EXHIBIT E**
*[Northern Natural Gas pipeline map]*
**TO**
**DEFENDANT ROBERT L. MARTIN'S**
**MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT**

Respectfully submitted,

Joel L. Wohlgemuth, OBA #9811
Thomas M. Ladner, OBA #5161
NORMAN WOHLGEMUTH CHANDLER & DOWDELL
401 South Boston Avenue
2900 Mid-Continent Tower
Tulsa, Oklahoma 74103
(918) 583-7571
(918) 584-7847 (Facsimile)

**ATTORNEYS FOR DEFENDANT,
ROBERT L. MARTIN**

October 19, 2005

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2005, a true and correct copy of the above and foregoing instrument was mailed, with proper postage thereon, to:

| | |
|---|---|
| James A. Garcia<br>Michael Solinsky<br>U.S. Commodity Futures<br>    Trading Commission<br>Division of Enforcement<br>1155 21st Street, N.W.<br>Washington, DC  20581 | Kevin C. Leitch<br>Assistant U.S. Attorney<br>Northern District of Oklahoma<br>3460 U.S. Courthouse<br>333 W. 4th Street<br>Tulsa, OK  74103-3880 |
| David R. Cordell<br>R. Richard Love, III<br>Conner & Winters<br>3700 First Place Tower<br>15 East 5th Street<br>Tulsa, OK  74103-4344 | James K. Robinson<br>Jeannine F. D'Amico<br>Cadwalader, Wichersham & Taft, LLP<br>1201 F. Street, N.W.<br>Suite 1100<br>Washington, DC  20004-1218 |

Thomas M. Ladner

J:\Common\efr\Martin (U.S.FTC)\pleadings\cover page.Exhibit E.msj brief.DOC

# ATTACHMENTS TO THIS DOCUMENT ARE NOT SCANNED

# SEE ORIGINAL CASE FILE